IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TEENA FRAZIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, LLC<br><br>　　　　Defendant. | Case No.:<br><br>CIVIL COMPLAINT<br><br>AND<br><br>JURY TRIAL DEMAND |

### CIVIL COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, Teena Frazier, (hereinafter "Plaintiff"), by and through her undersigned attorney, alleges against the Defendant Charter Communications, LLC (hereinafter "Defendant") as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*. ("TCPA")

### JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this district under 28 U.S.C § 1391(b).

### PARTIES

4. Plaintiff, Teena Frazier, is a natural person, who at all relevant times has resided in the City of Smyrna, Cobb County, State of Georgia.

5.     Defendant, Charter Communications, LLC, is incorporated and doing business in the State of Georgia, with its corporate mailing address as 12405 Powerscourt Drive, St. Louis, MO 63131.

## FACTUAL STATEMENT

6.     Between July 25, 2016 and August 26, 2016, in an attempt to collect a debt, Defendant placed a total of at least eleven (11) telephone calls to Plaintiff's cellular phone number (252) xxx-3522.  Phone calls were made on the following dates and times:

- 1 call on 7/25/16 at 8:15 pm
- 1 call on 7/26/16 at 10:27 am
- 1 call on 7/26/16 at 12:15 pm
- 1 call on 7/26/16 at 3:01 pm
- 1 call on 7/26/16 at 5:00 pm
- 1 call on 8/25/16 at 10:13 am
- 1 call on 8/25/16 at 11:40 am
- 1 call on 8/25/16 at 1:26 pm
- 1 call on 8/25/16 at 6:03 pm
- 1 call on 8/25/16 at 8:23 pm
- 1 call on 8/26/16 at 10:37 am

7.     Phone calls were made from (877) 384-9041 which number belongs to Defendant.

8.     On or about July 25, 2016, at 7:52 pm Plaintiff placed a call to Defendant during which she told Defendant to cease calling her on her cellular phone.

9.     Despite being notified to stop calling, Defendant improperly made eleven (11) additional calls to Plaintiff's cellular telephone.

10.    Defendant left automated voicemail messages on Plaintiff's cellular phone on June 23, 2016 and July 23, 2016, for which Plaintiff has a recording, which confirms that Defendant does have an automated system and that it was used to make calls to Plaintiff.

11.    Upon information and belief, Defendant's telephone calls were made through the use of an automated dialing system. There were numerous calls made, often several per day, and Plaintiff alleges they were from an automated telephone dialing system.

12. Defendant did not have consent to call Plaintiff's cellular telephone through the use of an autodialer, but Plaintiff continued to receive calls after revoking any consent that may have existed.

13. As a result of the foregoing actions, Plaintiff has been damaged and is entitled to relief.

### COUNT I
### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
### 47 U.S.C. §227 et seq.

14. Plaintiff repeats and realleges the prior paragraphs as if fully set forth herein.

15. Defendant called Plaintiff's cellular telephone number repeatedly in an attempt to collect on an alleged debt.  The calls were excessive, abusive and harassing.

16. Defendant called Plaintiff's cellular telephone number through use of an automated telephone dialing system which subjects them to the provisions of the Act.

17. On July 25, 2016 Plaintiff called Defendant and told a representative to cease calling her on her cellular phone.  Thus, Defendant did not have express consent from Plaintiff to call Plaintiff's cellular telephone number on the dates in question.

18. Plaintiff has been damaged by Defendant's actions which constitute violations of 47 U.S.C. § 227(b)(1)(A)(iii), as well as any other applicable provisions of the TCPA, and its conduct is not exempt from the proscriptions of the statute.

**WHEREFORE**, Plaintiff, Teena Frazier, respectfully requests judgment as follows:

a. Declaring Defendant's actions to be violations and/or willful violations of The Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*.

b. Entering judgment in favor of Plaintiff against Defendant for actual damages, statutory damages, costs and fees under the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*.

c.   Declaring Defendant's actions to be violations and/or willful violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*.

d.   Granting such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated this 22th day of November, 2016

        Respectfully Submitted,

        /s/ Jonathan Mason
        ***Attorney for Plaintiff***
        Jonathan B. Mason, Esq.
        Mason Law Group, P.C.
        1100 Peachtree Street NE, Suite 200
        Atlanta, GA 30309
        (Ph) 404-920-8040
        (E) jmason@atlshowbizlaw.com
        GA Bar ID:  475659

        Of counsel to:
        The Law Offices of Michael Lupolover, P.C.
        120 Sylvan Ave., Suite 300
        Englewood Cliffs, NJ 07632
        Ph:  201-461-0059
        Email:  rd@lupoloverlaw.com